IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00209 |
| | ) | Judge Trauger |
| | ) | |
| KAYLON M. CUNNINGHAM | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 62) shall be held on Tuesday, October 7, 2014, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 24th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge