UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

**Motion GRANTED. Hearing reset for 12/3/14 at 3:00 p.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:10-00209 |
| ) | Judge Trauger |
| ) | |
| KAYLON M. CUNNINGHAM ) | |

MOTION TO CONTINUE REVOCATION HEARING

Comes now the defendant and hereby moves the Court to continue the revocation hearing which is currently set in this matter for October 27, 2014. In support of this motion defendant would state and show that counsel for Mr. Cunningham is scheduled to have surgery on Monday, October 27, 2014, and will be out of the office for 3-4 weeks thereafter on medical leave. At this point counsel is the only attorney in the Federal Public Defender's Office who is familiar with Mr. Cunningham's case.

WHEREFORE, defendant moves the Court to continue the revocation hearing in this matter.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047